# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEXINGTON INSURANCE COMPANY, A DELAWARE CORPORATION,
Appellant,

vs.

ILLINOIS UNION INSURANCE COMPANY, AN ILLINOIS CORPORATION; TURNBERRY TOWERS, L.P., F/K/A MADISON TOWERS, L.P., A NEVADA LIMITED PARTNERSHIP; TURNBERRY PLACE CONSTRUCTION, D/B/A TURNBERRY PAVILION PARTNERS, L.P., A FOREIGN LIMITED PARTNERSHIP,
Respondents.

No. 72047

**FILED**

DEC 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND REMANDING

The parties have filed a joint motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978). *See Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010) (clarifying remand procedures set forth in *Huneycutt*). Accompanying the motion is a district court order certifying that upon remand, it is inclined to "vacate various orders related to single occurrence ruling."

18-910404

Cause appearing, we grant the joint motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Timothy C. Williams, District Judge
  Salvatore C. Gugino, Settlement Judge
  Herold & Sager/Las Vegas
  Goodkin & Lynch, LLP
  Gerald I. Gillock & Associates
  Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
  Morales Fierro & Reeves
  Cozen O'Connor/Seattle
  Eighth District Court Clerk